# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALI ALADELY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:07-1156 |
| | ) JUDGE ECHOLS |
| UNITED STATES IMMIGRATION AND | ) |
| NATURALIZATION SERVICES, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on January 17, 2008 (Docket Entry No. 6) and Defendant's Motion To Dismiss Complaint As Moot (Docket Entry No. 4), to which Plaintiff Ali Aladely did not file a response.

Plaintiff brought this lawsuit seeking the Court's assistance in obtaining a rescheduled naturalization interview with the United States Immigration and Naturalization Services (USCIS). Defendant issued a letter rescheduling the interview for January 17, 2008 and then moved to dismiss the case. The Magistrate Judge recommends granting the Defendant's motion and dismissing the case as moot for lack of a live controversy before the Court. Plaintiff did not file objections to the Magistrate Judge's R&R.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

1

Having carefully reviewed the entire record in this case, the Court finds that no error of fact or law appears in the R&R. Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 6) is hereby ACCEPTED.

(2) Defendant's Motion To Dismiss Complaint As Moot (Docket Entry No. 4) is hereby GRANTED.

(3) This case is hereby DISMISSED AS MOOT.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE